

**ROLLINS LAW FIRM**

# INVOICE

Invoice # 7805
Date: 04/15/2025
Due On: 05/15/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Rashad Omar Thompson

## 05602-Thompson Rashad Omar

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 12/04/2024 | Drafted and reviewed the invoice for attorney fees, expense fees, the attorney hours and the legal aid hours for the lodestar | 0.30 | $0.00 | $0.00 |
| Service | KR | 12/04/2024 | Prepared all activities for upload to Lexus and reviewed the summary for the Application for Compensation | 0.30 | $0.00 | $0.00 |
| Service | KR | 12/04/2024 | Draft Fee Application and Proposed Order: Drafted the Application for Compensation and the Proposed Order | 0.40 | $0.00 | $0.00 |
| Service | TR | 12/04/2024 | Review and approve fee app drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | JAC | 12/05/2024 | Review: Proof of Claim 24-13653-SDM Kali LLC dba Condor Credit Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/05/2024 | Review: 24-13653-SDM Financial Management Course Certificate Document# 12 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 12/06/2024 | Review: Proof of Claim 24-13653-SDM BAPTIST URGENT CARE Document # 5 | 0.10 | $360.00 | $36.00 |
| Service | KR | 12/06/2024 | Received and reviewed the Affidavit for the Application for Compensation; prepared the Application for Compensation, the 2 exhibits and the Proposed Order for upload to the | 0.10 | $0.00 | $0.00 |

Invoice # 7805 - 04/15/2025

| | | | court | | | |
|---|---|---|---|---|---|---|
| Service | TR | 12/06/2024 | Review: 24-13653-SDM Order for Certificate of Service Document# 15 | 0.10 | $0.00 | $0.00 |
| Service | TR | 12/06/2024 | Review: 24-13653-SDM Hearing Set (Document) Document# 14 | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/09/2024 | Reviewed court docket for Hearing Notice; prepared the Hearing Notice, Application for Compensation, and the Exhibits for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 12/09/2024 | Reviewed Declaration of Mailing from Certificate of Service; prepared the Hearing Notice, the Application and the Exhibits for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | JAC | 12/10/2024 | Review: Proof of Claim 24-13653-SDM Money Matters Document # 6 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/11/2024 | Review: Proof of Claim 24-13653-SDM CCF of Mississippi LLC Document # 7 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 12/11/2024 | Review: Proof of Claim 24-13653-SDM Lend Nation Document # 8 | 0.10 | $360.00 | $36.00 |
| Service | VM | 12/11/2024 | Contact Debtor (Text/Email): Drafted text message to debtor inquiring if their wages have started garnishing for their payments. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 12/12/2024 | Review: Proof of Claim 24-13653-SDM Uncle Warbucks Document # 9 | 0.10 | $360.00 | $36.00 |
| Service | VM | 12/16/2024 | Call Debtor: Phone conference with debtor after reviewing text message from debtor informing us wage order had not started. Drafted email to debtor to provide Court order to employer. Reviewed paystubs to determine when is next pay date, moved task to then. | 0.20 | $100.00 | $20.00 |
| Service | KR | 12/16/2024 | Reviewed email memo from VM re: court summons; reviewed court summons from Family Choice; merged with client documents; reviewed court docket for plan and matrix | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/16/2024 | Drafted Post Petition Lawsuit Letter for the Court Summons the debtor | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | received from Family Choice | | | |
| Service | KR | 12/16/2024 | Drafted email memo to VM providing the Post Petition Lawsuit Letter for her print and mail | 0.10 | $155.00 | $15.50 |
| Service | JAC | 12/17/2024 | Review: Proof of Claim 24-13653-SDM Money Tyme Document # 10 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/17/2024 | Review: Proof of Claim 24-13653-SDM Internal Revenue Servi Document # 11 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 12/17/2024 | Review: Proof of Claim 24-13653-SDM WebBank Document # 12 | 0.10 | $0.00 | $0.00 |
| Service | VM | 12/17/2024 | Administrative - non-billable work: Spoke with KR to confirm debtor is still coming to office, added event to calendar | 0.10 | $100.00 | $10.00 |
| Service | TR | 12/18/2024 | Reviewed and signed letter to Family Choice Financial and Oktibbeha County Justice Court. | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/19/2024 | Review: Proof of Claim 24-13653-SDM Family Choice Financial, Inc Document # 13 | 0.10 | $360.00 | $36.00 |
| Service | KR | 12/19/2024 | Prepared debtor for in office Meeting of Creditors | 0.20 | $155.00 | $31.00 |
| Service | TR | 12/19/2024 | Attend 341 | 0.80 | $360.00 | $288.00 |
| Service | JAC | 12/23/2024 | Review: Proof of Claim 24-13653-SDM US Department of Education/MOHELA Document # 14 | 0.10 | $360.00 | $36.00 |
| Service | VM | 12/26/2024 | Drafted text message to debtor to determine if his wages were garnished or not. | 0.10 | $100.00 | $10.00 |
| Service | VM | 12/31/2024 | Contact Debtor (Text/Email): Reviewed text message from debtor, informing me Wage Order is set to start January 2nd. Replied to debtor. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/03/2025 | Review: Proof of Claim 24-13653-SDM LoanMax, LLC Document # 15 | 0.20 | $360.00 | $72.00 |
| Service | TR | 01/07/2025 | Review: 24-13653-SDM Order on Application for Compensation Document# 17 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/07/2025 | Review: Proof of Claim | 0.10 | $360.00 | $36.00 |

| | | | 24-13653-SDM National Credit Adjusters, LLC Document # 16 | | | |
|---|---|---|---|---|---|---|
| Service | TR | 01/14/2025 | Review: 24-13653-SDM Order Confirming Chapter 13 Plan Document# 19 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-13653-SDM Verizon Document # 18 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-13653-SDM Quantum3 Group LLC as agent for Document # 17 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-13653-SDM Jefferson Capital Systems LLC Document # 19 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/24/2025 | Review: Proof of Claim 24-13653-SDM JJ MARSHALL Document # 20 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/24/2025 | Review: Proof of Claim 24-13653-SDM First Heritage Document # 21 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/28/2025 | Review claims register to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | SA | 03/21/2025 | Crystal from Republic Finance called requesting insurance information for client's vehicle; drafted email to VM to advise of this and to follow up with Crystal once received. | 0.10 | $100.00 | $10.00 |
| Service | VM | 03/24/2025 | Returned voicemail from Republic finance and requested what information is needed, she is needing car insurance for Camero, called debtor to confirm what is needing. | 0.10 | $100.00 | $10.00 |
| Service | VM | 03/27/2025 | Review email from debtor: Received email from debtor with proof of insurance, called Republic to request email from crystal, representative who called me, and sent email to her. | 0.20 | $100.00 | $20.00 |
| Service | TR | 04/11/2025 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/15/2025 | Reviewed court docket for previous order and invoice; reviewed Trustee's website to verify amount of attorney fees paid; drafted 1st part of the Application for Compensation and the Lodestar; prepared all information for estimated cost of mailing | 0.40 | $155.00 | $62.00 |

| | | | | Services Subtotal | $1,242.50 |
|---|---|---|---|---|---|

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/09/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $55.44 | $55.44 |
| Expense | 12/18/2024 | Postage: Mailed letter to Family Choice Financial and Oktibbeha County Justice Court. | 2.00 | $0.69 | $1.38 |
| Expense | 04/15/2025 | Estimated Mailing Expense for 2nd Application for Compensation (certificateofservice.com) | 1.00 | $67.32 | $67.32 |
| | | | **Expenses Subtotal** | | **$124.14** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 1.6 | $360.00 | $576.00 |
| Jennifer Curry Calvillo | | Attorney | 0.5 | $0.00 | $0.00 |
| Thomas Rollins | | Attorney | 1.1 | $360.00 | $396.00 |
| Thomas Rollins | | Attorney | 0.6 | $0.00 | $0.00 |
| Shaton Andrews | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Vanessa Martinez | | Non-Attorney | 0.9 | $100.00 | $90.00 |
| Kerri Rodabough | | Non-Attorney | 1.1 | $155.00 | $170.50 |
| Kerri Rodabough | | Non-Attorney | 1.3 | $0.00 | $0.00 |
| | | | | **Subtotal** | **$1,366.64** |
| | | | | **Total** | **$1,366.64** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7303 | 01/03/2025 | $2,076.40 | $0.00 | $2,076.40 |

### Current Invoice

Invoice # 7805 - 04/15/2025

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7805 | 05/15/2025 | $1,366.64 | $0.00 | $1,366.64 |
| | | | **Outstanding Balance** | **$3,443.04** |
| | | | **Total Amount Outstanding** | **$3,443.04** |

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?  `6`  pages

Our rate is dependant on the number of pages you are intending to upload.
Simply look at the page count in your pdf document(s) and input that number
of pages in the box at right.

**2** How many parties will be receiving your documents?  `36`  parties

This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.  `2`

We print on both sides of the sheet to reduce cost and weight.
Printing on only one side of the sheet will quickly increase
the cost of the postage incurred.

**4** We will print your documents 1 page per side.  `1`

**Disclaimer & User Agreement:**

jobs are billed at twenty five cents per page with no discounts
for postage or volume. If you have a Rush Job or Certified
Mailing Job and need an estimate, please contact us directly at
509 412 1356. We will be happy to provide you with a quote at no
charge. This estimate program assumes you have a Postal
Acknowledgment Form (PAF) on file with us and that you are a
registered user.  If you need to fill out a PAF form in order to
get your discounted postage rate, <a
href="http://www.bkattorneyservices3.com/bkasmailform_020.htm"
target=new>click here.</a>

[ Get Estimate! ]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

108

| | |
|---|---|
| Date and Time: | Tue Apr 15 2025 10:22:28 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 216 |
| Sheets Per Envelope | 3 |
| First Class Postage Rate | $ 0.73 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                          41.04 |
| Postage Cost: | $                                          26.28 |
| Total Cost: | $                                          67.32 |

[ Print This Estimate ]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED