**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:   Rashad Omar Thompson, Debtor**                    **Case No. 24-13653-SDM**
                                                                                         **CHAPTER 13**

### SECOND ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,045.50 | $30.90 | $2,076.40 | 17 | 01/06/2025 |
| $1,242.50 | $124.14 | $1,366.64 | n/a | n/a |
| $3,288.00 | $155.04 | $3,443.04 | | |



# INVOICE

Invoice # 7303
Date: 12/04/2024
Due On: 01/03/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Rashad Omar Thompson

## 05602-Thompson Rashad Omar

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | VM | 09/30/2024 | Call Debtor: Attempted to call debtor to ask for full legal name and social security details to pull credit report, no response. Left voicemail | 0.10 | $100.00 | $10.00 |
| Service | VM | 09/30/2024 | Incoming Call: Debtor called back, got needed information from debtor. | 0.10 | $100.00 | $10.00 |
| Service | BM | 10/02/2024 | Draft email to client to review credit report and provide us with a any debts not included in the report: Reviewed credit report and selected debts to import/exclude; drafted e-mail to debtors attaching credit report for review. | 0.10 | $155.00 | $15.50 |
| Service | VM | 10/03/2024 | Contact Debtor (Text/Email): Reviewed debtors credit report in search of student loans. Found student loans and drafted email to debtor with instructions on how to get us the documents for filing. | 0.10 | $100.00 | $10.00 |
| Service | VM | 10/04/2024 | Review and organize documents provided by debtor: Reviewed bank statements, pay, tax, etc. to determine if there was anything missing or if I had to ask questions regarding a subject. Drafted a list of questions and needed bank statements and pay. Phone conference with debtor to inform him of needed documents | 1.00 | $100.00 | $100.00 |
| Service | VM | 10/08/2024 | Reviewed and organized student loan documents into client documents file. | 0.10 | $100.00 | $10.00 |

| Service | VM | 10/09/2024 | Incoming Call: Debtor called to inquire about list of needed bank statements, sent to him. As well as informed him, he will need to continue paying for services he wants to keep. | 0.10 | $100.00 | $10.00 |
|---|---|---|---|---|---|---|
| Service | VM | 10/10/2024 | Incoming Call: Debtor called in regards to some bank statements I requested from him, he informed me those accounts were closed | 0.10 | $100.00 | $10.00 |
| Service | VM | 10/15/2024 | Review email from debtor: Reviewed bank statements, paystubs, and Driver's license/Social Security debtor sent, reviewed and organized into client documents folder. Phone conference with debtor to request needed bank statements | 0.50 | $100.00 | $50.00 |
| Service | VM | 10/16/2024 | Review email from debtor: Debtor sent needed chime bank statements to me, reviewed and uploaded into debtor's folder. | 0.20 | $100.00 | $20.00 |
| Service | BM | 10/17/2024 | Reviewed file to determine if we have all documents needed for attorney review, information on owed state taxes and a title loan still needed. Sent list to legal assistant. | 0.30 | $155.00 | $46.50 |
| Service | BM | 10/18/2024 | Input Case - prepare petition, review and select debts to import from credit report, add debts in information packet not on credit report | 0.20 | $155.00 | $31.00 |
| Service | BM | 10/21/2024 | Input Case-began preparation of Schedule A/B, SOFA, schedule I/J, Form 122 | 0.60 | $155.00 | $93.00 |
| Service | VM | 10/21/2024 | Call Debtor: Phone conference with debtor regarding questions BM had, organized previous documents saved in clients folder. | 0.10 | $100.00 | $10.00 |
| Service | VM | 10/22/2024 | Contact Debtor (Text/Email): Drafted email to debtor sending them the matrix to confirm their creditors. | 0.10 | $100.00 | $10.00 |
| Service | VM | 10/22/2024 | Review email from debtor: Reviewed statements debtor sent to me, organized and uploaded bank statements and pay, updated Harvesting Document task. | 0.20 | $100.00 | $20.00 |
| Service | BM | 10/23/2024 | Reviewed debtor's file to ensure we have all October paystubs to prepare for case to be filed in November. Still need 10/24 stub for Noxubee job, sent memo | 0.10 | $155.00 | $15.50 |

Invoice # 7303 - 12/04/2024

| | | | to legal assistant. | | | |
|---|---|---|---|---|---|---|
| Service | VM | 10/25/2024 | Review email from debtor: Reviewed email from debtor confirming all debts were listed on matrix | 0.10 | $100.00 | $10.00 |
| Service | JAC | 10/25/2024 | Input Case - review & revise drafted petition, schedules prepared by BM. send back to bm for updates | 0.30 | $360.00 | $108.00 |
| Service | VM | 10/25/2024 | Contact Debtor (Text/Email): Drafted text message to debtor to send needed paystub | 0.10 | $100.00 | $10.00 |
| Service | VM | 10/28/2024 | Review email from debtor: Review email from debtor, organized and updated paystubs | 0.10 | $100.00 | $10.00 |
| Service | VM | 10/28/2024 | Call Debtor: Phone conference with debtor to request additional information needed for attorney review | 0.10 | $100.00 | $10.00 |
| Service | VM | 10/28/2024 | Review email from debtor: Reviewed email from debtor to update General Information Packet. | 0.10 | $100.00 | $10.00 |
| Service | VM | 11/01/2024 | Call Debtor: Attempted to call debtor regarding the Credit Counseling Course being incomplete, no response. Drafted text message to debtor to complete as soon as possible. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/01/2024 | Incoming Call: Telephone conference with debtor informing him that he needs to complete his CCC as soon as possible as well as informed him that he would need to complete the course on a computer and to be sure to do the counseling session at the end of the course or it would not be considered as completed | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/01/2024 | Contact Debtor (Text/Email): Drafted text to debtor to instruct him to just click continue on the first page he is taken to after clicking "START NOW" to be directed to the correct CCC course | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/01/2024 | Input Case - prepare MT for November signing, calculate deductions. Prepare I and J. Run chapter 13 plan payment options based on MT | 0.30 | $360.00 | $108.00 |
| Service | BM | 11/05/2024 | Updated Schedule A/B with updated household goods page provided by debtor. | 0.10 | $155.00 | $15.50 |
| Service | VM | 11/05/2024 | Call Debtor: Phone conference with | 0.20 | $100.00 | $20.00 |

| | | | debtor to discuss more information needed for itemized list of property | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 11/07/2024 | Input Case - review clio memo re: missing information rec'd on HG | 0.10 | $360.00 | $36.00 |
| Service | JAC | 11/08/2024 | Draft email to debtor with bankruptcy options | 0.20 | $360.00 | $72.00 |
| Service | KR | 11/08/2024 | Review email from debtor: Reviewed email from debtor stating that he would like to proceed with the filing of the chapter 13; drafted email to debtor informing him that I will notify the attorney and our office will be in contact with him soon to start the next step | 0.10 | $155.00 | $15.50 |
| Service | JAC | 11/13/2024 | Prepare signing docs | 0.20 | $360.00 | $72.00 |
| Service | TR | 11/18/2024 | Conference w/ client to review and revise petition, schedules, statements and plan, discussed student loan AP but decided not to pursue, discussed clients duties under the bankruptcy code | 0.40 | $360.00 | $144.00 |
| Service | JAC | 11/18/2024 | Make updates to schedules based on signing notes. Prepare & send final bk to debtor to review & sign | 0.20 | $360.00 | $72.00 |
| Service | JAC | 11/18/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | BB | 11/18/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing them of their case number and advising them to continue sending in pay stubs and bank statements until told otherwise. | 0.10 | $100.00 | $10.00 |
| Service | VM | 11/19/2024 | Reviewed Chapter 13 plan for plan payment information; drafted email to debtor providing her plan payment and information on what to do/expect after filing | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/20/2024 | Review: Proof of Claim 24-13653-SDM Republic Finance, LLC Document # 1 | 0.20 | $360.00 | $72.00 |
| Service | VM | 11/22/2024 | Review email from debtor: Reviewed email from debtor inquiring on how to make trustee payments online, who his trustee is, and what district trustee is from, answered all. Sent instructions for TFS website after confirming with paralegal | 0.20 | $100.00 | $20.00 |
| Service | TR | 11/22/2024 | Review: 24-13653-SDM Order To Pay | 0.10 | $360.00 | $36.00 |

| | | | Wages Document# 7 | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 11/25/2024 | Review: 24-13653-SDM Meeting of Creditors Document# 9 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 11/25/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.30 | $360.00 | $108.00 |
| Service | KR | 11/25/2024 | Reviewed court docket for the filed Chapter 13 Plan and the Meeting of Creditors; drafted Confirmation Order; drafted email memo to TR re: review Confirmation Order | 0.20 | $155.00 | $31.00 |
| Service | TR | 11/25/2024 | Review and approve confirmation order drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 11/26/2024 | Reviewed Meeting of Creditors, Plan and Notice of Plan; prepared the Notice of Plan and the Plan for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 11/26/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Notice, the Plan and the Declaration of Mailing for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | VM | 11/27/2024 | Reviewed and organized all bank statements, taxes, confirmation order and pay into the Trustee website. | 0.50 | $100.00 | $50.00 |
| Service | TR | 12/02/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |
| Service | KR | 12/02/2024 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted and prepared the Certification of Compliance of Filing of Payment Advices with Trustee for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | JAC | 12/03/2024 | Review: Proof of Claim 24-13653-SDM T Mobile/T-Mobile USA Inc Document # 2 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/03/2024 | Review: Proof of Claim 24-13653-SDM Landmark Strategy Group, LLC Document # 3 | 0.10 | $360.00 | $36.00 |
| **Non-billable services** | | | | | | |
| Service | VM | 10/22/2024 | Updated debtors emergency contacts | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | BM | 10/28/2024 | Administrative - non-billable work: Made changes in best case per the attorney. | ~~0.30~~ | ~~$155.00~~ | ~~$46.50~~ |
| Service | BM | 10/28/2024 | Updated Schedule A/B, SOFA, and Schedule F with information received | ~~0.20~~ | ~~$155.00~~ | ~~$31.00~~ |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | from debtor. | | | |
| Service | BM | 10/29/2024 | Administrative - non-billable work: Reviewed clients file to ensure we have all October paystubs | ~~0.10~~ | ~~$155.00~~ | ~~$15.50~~ |
| Service | VM | 11/01/2024 | Administrative - non-billable work: Chat memo with KAR to inform debtor he has to complete Credit Counseling Course as soon as possible | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | VM | 11/05/2024 | Administrative - non-billable work: Drafted email to BM to determine if updated itemized list would suffice for her and JAC review | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | JAC | 11/11/2024 | scan & upload Document: Initial - jens notes.pdf | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | BM | 11/13/2024 | Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client). | ~~0.10~~ | ~~$155.00~~ | ~~$15.50~~ |
| Service | BM | 11/13/2024 | Call Debtor: Call to debtor to schedule signing with the attorney. | ~~0.10~~ | ~~$155.00~~ | ~~$15.50~~ |
| Service | SA | 11/18/2024 | Administrative - non-billable work: Scanned and emailed signing checklist to JAC | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | JAC | 11/18/2024 | Update Contact to match docket text | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | SA | 11/18/2024 | Administrative - non-billable work: Changed Bucket to "Filed" in Lawmatics | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | KR | 11/19/2024 | Telephone conference with VM re: Yellow Page and chapter 13 plan; reviewed plan in citrix | ~~0.20~~ | ~~$155.00~~ | ~~$31.00~~ |
| Service | VM | 11/20/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay.  Assigned task list. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | JAC | 11/20/2024 | Review: 24-13653-SDM Order and Notice of Deficiency Document# 5 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | KR | 11/25/2024 | Review email from debtor: Reviewed email memo from TR re: Confirmation Order for Northern District Trustee | ~~0.10~~ | ~~$155.00~~ | ~~$15.50~~ |

**Services Subtotal**      **$2,045.50**

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Expense | 11/26/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $30.90 | $30.90 |
| | | | | **Expenses Subtotal** | **$30.90** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|-------------|----------|----------|------|-------|
| | Jennifer Curry Calvillo | Attorney | 2.6 | $360.00 | $936.00 |
| | Thomas Rollins | Attorney | 0.9 | $360.00 | $324.00 |
| | Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Vanessa Martinez | Non-Attorney | 4.3 | $100.00 | $430.00 |
| | Breanne McDaniel | Non-Attorney | 1.4 | $155.00 | $217.00 |
| | Kirsten Raimey | Non-Attorney | 0.2 | $100.00 | $20.00 |
| | Kerri Rodabough | Non-Attorney | 0.7 | $155.00 | $108.50 |
| | | | | **Subtotal** | **$2,076.40** |
| | | | | **Total** | **$2,076.40** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 7303 | 01/03/2025 | $2,076.40 | $0.00 | $2,076.40 |
| | | | **Outstanding Balance** | **$2,076.40** |
| | | | **Total Amount Outstanding** | **$2,076.40** |