UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In re: RASHAD OMAR THOMPSON

*Debtor(s)*

Case No.: 24-13653

Chapter: 13

**Notice of Change of Address for Creditor**

Verizon by AIS InfoSource LP as agent (Creditor) hereby gives notice of its new address:

**Current Notice Address:**
*(as shown on matrix)*

Verizon by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**New Notice Address:** **No Change**

**New Payment Address:**
*(if applicable)*

Verizon by AIS InfoSource LP as agent
PO Box 661380
Dallas,TX 75266-1380

**Proof of Claim Number(s):**
*(if applicable)*

18

**Reason for Change of Address:**

☐ New Loan Servicer[1]
☑ New Location
☐ Other

Prepared By:

Name: Jordan O'Neal

Title: Claims Processor

Phone No.: 877-893-8820

Address: AIS InfoSource, LP
4515 N. Santa Fe Ave.

Oklahoma City, OK 73118

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF MISSISSIPPI**

**In RE:**

**Chapter:** 13

RASHAD OMAR THOMPSON

**Case Number:** 24-13653

**Debtor(s)**

## Certificate of Service

I certify that on 08/21/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
THOMAS C ROLLINS JR
TROLLINS@THEROLLINSFIRM.COM

Trustee
TODD S JOHNS
vardaman13ecf@gmail.com

/s/ Jordan O'Neal

Jordan O'Neal
AIS InfoSource, LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
877-893-8820
POC_AIS@aisinfo.com