**IN THE UNITED STATES BANKRUPTCY COURT**
**IN THE NORTHERN DISTRICT OF MISSISSIPPI**

**RE:** **BANKRUPTCY NO: 24-13653-SDM**
**RASHAD THOMPSON**
**849 MOTLEY RD**
**COLUMBUS, MS 39701-**

## NOTICE AND MOTION TO DISMISS

**COMES NOW**, Todd S. Johns, the duly appointed and qualified Standing **TRUSTEE** in the above cause, and moves to dismiss the above proceeding for the reason that the **DEBTOR** has failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

**NOTICE IS HEREBY GIVEN**, to the **DEBTOR** herein, that unless the below required sum is received by the **TRUSTEE**, or a written responsive pleading is filed with the Clerk of the Court with a copy to the **TRUSTEE** prior to the depicted due date, the Chapter 13 proceeding of the above **DEBTOR** will be dismissed.

**WHEREFORE, TRUSTEE** moves this Court to enter its Order of Dismissal unless said sum is received as set out herein or said responsive pleading is properly filed.

**Respectfully Submitted on OCTOBER 27, 2026.**

/S/ TODD S. JOHNS
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043
601-825-7663

**AMOUNT DUE**: **$3637.90**
(includes amount past due through OCTOBER 2026, plus accruing payments due for NOVEMBER 2026).

**DATE DUE: NOVEMBER 18, 2026.**

### CERTIFICATE OF SERVICE

I, Todd S. Johns, Standing Trustee, do hereby certify that on the above date of the Notice and Motion to Dismiss, I caused to be delivered, either electronically or via U.S. Mail, postage prepaid, a true and correct copy of the foregoing Notice and Motion to Dismiss to the **DEBTOR**, to the Attorney for the **DEBTOR** herein and to the Office of the U.S. Trustee.

**DATED**: **OCTOBER 27, 2026.** **/s/ TODD S. JOHNS, CHAPTER 13 TRUSTEE**

DEBTOR'S ATTORNEY
THOMAS C ROLLINS, JR
P O BOX 13767
JACKSON, MS 39236-

**PLEASE SEND PAYMENTS ONLY TO:**

**Chapter 13 Trustee**
**P.O. Box 1985**
**Memphis, TN, 38101-1985**