**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Rashad Omar Thompson, Debtor** **Case No. 24-13653-SDM**
**CHAPTER 13**

# NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
703 Hwy 145 North
Aberdeen, MS 39730

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: October 30, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Rashad Omar Thompson, Debtor** **Case No. 24-13653-SDM**
**CHAPTER 13**

# MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on November 18, 2024 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtor's income has changed per the Supplemental I/J filed (Dk #31).
3. The Debtor wishes to modify the plan to reduce the payment to $356.00 or a higher amount if needed to pay priority and secured claims as provided for in the Confirmed Plan.
4. Debtor wishes to cease ongoing distributions to unsecured creditors and reduce the amount to the amount already paid.
5. Debtor wishes for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on October 30, 2026, to:

By Electronic CM/ECF Notice:

Todd S. Johns

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:
RASHAD OMAR THOMPSON

CASE NO: 24-13653

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 10/30/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/30/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

RASHAD OMAR THOMPSON

CASE NO: 24-13653

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 10/30/2026, a copy of the following documents, described below,

Notice and Motion to Modify

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/30/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 24-13653-SDM
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
FRI OCT 30 10-15-42 CDT 2026

AFFCU
ATTN BANKRUPTCY
1560 CABLE RANCH RD
STE 200
SAN ANTONIO TX 78245-2143

AFFIRM INC
ATTN BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO CA 94108-2716

BAPTIST URGENT CARE
CO WAKEFIELD ASSOCIATES LLC
PO BOX 58
FORT MORGAN CO 80701-0058

CCF OF MISSISSIPPI LLC
15 BULL ST STE 200
SAVANNAH GA 31401-2686

CAINE WEINER
ATTN BANKRUPTCY
5805 SEPULVEDA BLVD
SHERMAN OAKS CA 91411-2546

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

COMMUNITY CHOICE
1910 HWY 45 N
COLUMBUS MS 39705-1949

COVINGTON CREDIT
ATTN BANKRUPTCY
PO BOX 1947
GREENVILLE SC 29602-1947

FAMILY CHOICE
420 MW 12 W
STARKVILLE MS 39759

(P)FAMILY CHOICE FINANCIAL
3208 SERVICE DRIVE
SUITE E
PEARL MS 39208-3539

FIRST HERITAGE
101 N MAIN ST STE 600
GREENVILLE SOUTH CAROLINA 29601-4846

(P)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

(P)FIRST SAVINGS BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

IMAGINE CREDIT
PO BOX 105814
ATLANTA GA 30348-5814

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
ETHRIDGE BUILDING
900 JEFFERSON AVE
OXFORD MS 38655-3608

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

JJ MARSHALL
28820 MOUND ROAD
WARREN MI 48092-5510

~~EXCLUDE~~

~~TODD S JOHNS~~
~~TODD S JOHNS CHAPTER 13 TRUSTEE~~
~~PO BOX 1326~~
~~BRANDON MS 39043-1326~~

KALI LLC DBA CONDOR CREDIT
2770 MISSION RANCHERIA RD 747
LAKEPORT CA 95453-9612

(P)LANDMARK STRATEGY GROUP LLC
ATTN CO WEINSTEIN RILEY P S
1415 WESTERN AVE
SUITE 700
SEATTLE WA 98101-2051

(P)QCHI
PO BOX 14948
LENEXA KS 66285-4948

LOAN MAX TITLE LOAN
102 MS 12
STARKVILLE MS 39759

(P)LOAN MAX
BANKRUPTCY
3440 PRESTON RIDGE RD
STE 500
ALPHARETTA GA 30005-3823

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

MONEY MATTERS
2611 JEFFERSON ST
MACON MS 39341-2230

MONEY TYME
1920 HWY 45 N
COLUMBUS MS 39705-1923

NATIONAL CREDIT ADJUST
PO BOX 3023
HUTCHINSON KS 67504-3023

NATIONAL CREDIT ADJUSTERS LLC
ATTN BANKRUPTCY DEPARTMENT
PO BOX 3023
HUTCHINSON
KS 67504-3023

ONEPROGRESS
PO BOX 513717
LOS ANGELES CA 90051-3717

(P)OPORTUN INC
PO BOX 560880
THE COLONY TX 75056-0880

(P)PERPAY INC
ATTN CONOR HORAN
2400 MARKET STREET SUITE 300
PHILADELPHIA PA 19103-3033

(P)POSSIBLE FINANCIAL INC
LEEZA PARADES
PO BOX 98686
LAS VEGAS NV 89193-8686

QUANTUM3 GROUP LLC AS AGENT FOR
SADINO FUNDING LLC
PO BOX 788
KIRKLAND WA 98083-0788

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

~~EXCLUDE~~

~~THOMAS C ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

(P)SELF INC
PO BOX 11
SOUTHLAKE TX 76092-0011

SOARIAN CREDIT UNION
2250 KENLY AVE
SAN ANTONIO TX 78236-5649

T MOBILETMOBILE USA INC
BY AIS INFOSOURCE LP AS AGENT
PO BOX 248848
OKLAHOMA CITY OK 73124-8848

DEBTOR

RASHAD OMAR THOMPSON
849 MOTLEY RD
COLUMBUS MS 39701-9506

~~EXCLUDE~~

~~U S TRUSTEE~~
~~501 EAST COURT STREET SUITE 6430~~
~~JACKSON MS 39201-5022~~

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

CANADA

UNCLE WARBUCKS
1329 D ARENA ROAD LOT 110
KAHNAWAKE QUEBEC J0L1B0

UNCLE WARBUCKS
40 E MAIN STREET
NEWARK DE 19711-4639

UPSTART LOAN
PO BOX 1503
SAN CARLOS CA 94070-7503

VERIZON
BY AIS INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON TX 77210-4457

VERIZON WIRELESS
ATTN BANKRUPTCY
500 TECHNOLOGY DR
STE 599
WELDON SPRINGS MO 63304-2225

VERIZON BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

WEBBANK
PO BOX 105555
ATLANTA GA 30348-5555

(P)W6LS INC
ATTN WITHU LOANS
10600 S PENNSYLVANIA AVE STE 16 828
OKLAHOMA CITY OK 73170-4257